IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES H. JACOBY, AS TRUSTEE ON BEHALF OF THE INDENTURE OF THE TRUST OF RICHARD A. JACOBY DATED OCTOBER 31, 1992 | : : : : : | CIVIL ACTION |
| v. | : : | |
| AXA EQUITABLE LIFE INSURANCE COMPANY | : : | NO. 13-6511 |

## **ORDER**

**AND NOW**, this 15th day of December, 2014, having considered Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF Doc. 12), Plaintiff's response thereto (Doc. 13), and the parties' letter briefs (Docs. 18, 19), and having held oral argument on Defendant's Motion, it is hereby **ORDERED** that:

1. Defendant's motion is **GRANTED IN PART** (Counts III, IV, and V) and **DENIED IN PART** (Counts I and II).

2. The parties shall, within one week of this Order, initiate a joint call to chambers at 267-299-7690 to schedule a Rule 16 conference.

3. Defendant shall file an answer to Counts I and II of the Amended Complaint within twenty days of the entry of this Order.

2

    4.   The parties are encouraged to contact Magistrate Judge Elizabeth Hey at 267-299-7670 to schedule a settlement conference if the parties believe settlement discussions may be productive at this stage.

                                      BY THE COURT:


                                      __/s/ L. Felipe Restrepo_____
                                      L. FELIPE RESTREPO
                                      UNITED STATES DISTRICT JUDGE